

# Fourth Court of Appeals
## San Antonio, Texas

September 14, 2018

No. 04-17-00280-CR

Ex Parte Miguel **MARTINEZ**,
Appellant

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR4203
Honorable W.C. Kirkendall, Judge Presiding

# O R D E R

Sitting: Sandee Bryan Marion, Chief Justice
    Karen Angelini, Justice
    Marialyn Barnard, Justice
    Rebeca C. Martinez, Justice
    Patricia O. Alvarez, Justice
    Luz Elena D. Chapa, Justice (not participating)
    Irene Rios, Justice

The court's opinions – majority and dissenting – issued July 31, 2018. After an extension of time was granted, appellant's motion for rehearing was due September 4, 2018. On the due date, appellant filed a motion for en banc reconsideration. In addition, appellant filed a motion asking this court to allow appellant to exceed the prescribed word limit for the en banc motion. The word limit for a motion for rehearing, pursuant to the rules of appellate procedure, is 4,500 words. Tex. R. App. P. 9.4(i)(2)(D). The motion filed by appellant contain 5,293 words, exceeding the word limit. After review, we **GRANT** appellant's motion to exceed the word limit with regard to the motion for en banc reconsideration.

We **order** the clerk of this court to serve a copy of this order on all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of September, 2018.



Keith E. Hottle
Clerk of Court